UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD HOGHOUGHI, an individual, and WILLIAM JEWELERS, a California Corporation,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants | Case No.: 2:25-cv-11729-PA-PVC<br><br>ORDER ON STIPULATION TO REMAND CASE TO STATE COURT<br><br>Judge: Hon. Percy Anderson |

　　Per the stipulation of the Parties, the case is ordered remanded to the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.

December 17, 2025　　　　　　　　　_____

　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　United States District Judge

1

**ORDER ON STIPULATION TO REMAND CASE TO STATE COURT**

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2025, I filed the foregoing document entitled **ORDER ON STIPULATION TO REMAND CASE TO STATE COURT** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.



_____
Mehgan Gallagher